JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 748 -- In re Litigation Involving Ownership of Cause of Action Against Paradyne Corporation

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/11/19 | 1 | MOTION, BRIEF, SCHEDULE (A-1 - A-2), EXHIBITS 1 - 4, CERT. OF SERVICE -- defendant Paradyne Corp. -- SUGGESTED TRANSFEREE DISTRICT: D. MARYLAND (cds) |
| 87/11/27 | | APPEARANCES: RICHARD J. RAPPAPORT, ESQ. for Centel Communications Co. and Centel Information Systems, Inc.; KEITH E. PUGH, JR., ESQ. for Paradyne Corp. (cds) |
| 87/11/30 | | APPEARANCE: DAVID J. HENSLER, ESQ. for M/A-Com, Inc. (cds) |
| 87/12/04 | 2 | RESPONSE/MEMORANDUM -- (to pldg. #1) Deft. Centel Communications Company -- w/cert. of svc. (rh) |
| 87/12/07 | 3 | RESPONSE/BRIEF -- (to pldg. #1) M/A-COM, Inc. -- w/cert. of svc. (rh) |
| 87/12/07 | 4 | LETTER WITH CORRECTED PAGE 6 IN PLDG. #3 BRIEF -- Filed by M/A COM, Inc. -- (Corrected page 6 substituted in pldg. #3 Brief) (rh) |
| 87/12/07 | 5 | SUPPLEMENT MOTION TO PLDG. #1 -- Filed by Paradyne Corp. (to request transfer to Maryland of Count 5 of A-1 counterclaim, instead of Count 3) -- w/cert. of svc. (rh) |
| 87/12/14 | | HEARING ORDER -- Setting motion to transfer for Panel hearing in Ft. Lauderdale, Florida, on January 28, 1988. (tmq) |
| 87/12/14 | 6 | REPLY -- Filed by Paradyne Corporation -- w/cert. of svc. (rh) |
| 88/01/26 | | HEARING APPEARANCES FOR JAN. 28, 1988 -- KEITH PUGH, JR., ESQ. for Paradyne, Inc.; DAVID J. HENSLER, ESQ. for M/A-COM, Inc.; RICHARD J. RAPPAPORT, ESQ. for Centel Comm. Co. and Centel Info. Systems, Inc. (cds) |
| 88/02/04 | | ORDER DENYING TRANSFER -- of A-1 and A-2 pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 748 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Litigation Involving Ownership of Cause of Action Against Paradyne Corporation

## SUMMARY OF LITIGATION

| Hearing Dates January 28, 1988 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 4, 1988 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: February 4, 1988

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 748 -- In re Litigation Involving Ownership of Cause of Action Against Paradyne Corporation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | M/A-COM, Inc. v. Centel Communications Co.; Centel Communications Co., et al. v. M/A-COM, Inc. | Mass. Tauro | 87-1571-T | | | | |
| A-2 | M/A-COM, Inc. v. Paradyne Corp. | Md. Howard | JH-84-865 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 748 -- In re Litigation Involving Ownership of Cause of Action Against Paradyne Corporation

M/A-COM, Inc. (A-1 - A-2)
David J. Hensler, Esq.
Hogan & Hartson
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

PARADYNE CORPORATION
Keith E. Pugh, Jr., Esq.
Howrey & Simon
1730 Pennsylvania Ave., N.W.
Washington, D.C. 20006

CENTEL COMMUNICATIONS CO.
CENTEL INFORMATION SYSTEMS, INC.
Richard J. Rappaport, Esq.
Ross & Hardies
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 748 -- In re Litigation Involving Ownership of Cause of Action Against Paradyne Corporation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Paradyne Corp. | A-2 |
| Centel Communications Co. | A-1 |
| Centel ~~Communications~~ ~~and~~ Information Systems Inc. | A-1 |
| M/A-COM, Inc. | A-1 |