JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB -4 1988

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 748

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LITIGATION INVOLVING OWNERSHIP OF CAUSE OF ACTION AGAINST PARADYNE CORPORATION

ORDER DENYING TRANSFER*

This litigation consists of the two actions listed on the attached Schedule A and pending, respectively, in the District of Massachusetts and the District of Maryland. Paradyne Corporation, the defendant in the Maryland action, moves the Panel for an order under 28 U.S.C. §1407 transferring the claim in one count of the counterclaim in the Massachusetts action[1/] to the District of Maryland for coordinated or consolidated pretrial proceedings with the action pending there. All other parties to the litigation oppose transfer.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, as well as the present posture of these actions, movant has failed to persuade us that any common questions of fact that may be involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F.Supp. 543, 544 (J.P.M.L. 1969).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\*   Judge Milton Pollack took no part in the decision of this matter.

1/   Because the Panel is statutorily empowered to transfer only entire actions but can, pursuant to 28 U.S.C. §1407(a), separate claims and remand them before the remainder of an action is remanded, Paradyne's objective would be achieved by transferring the entire Massachusetts action to the District of Maryland and simultaneously severing and remanding to the Massachusetts forum all claims except the one contained in the relevant count of the counterclaim.

SCHEDULE A

<u>MDL-748 -- In re Litigation Involving Ownership of Cause of Action Against Paradyne Corporation</u>

<u>District of Massachusetts</u>

<u>M/A-COM, Inc. v. Centel Communications Co.</u>, C.A. No. 87-1571-T

<u>District of Maryland</u>

<u>M/A-COM, Inc. v. Paradyne Corp.</u>, C.A. No. JH-84-865